RONALD F. PETRONELLA, COMMISSIONER OF
LABOR, EX REL. GLENN MAIORANO ET AL.
*v.* VENTURE PARTNERS, LTD., ET AL.
(SC 16433)

Borden, Norcott, Katz, Palmer and Vertefeuille, Js.

Argued September 25—officially released October 23, 2001

*Robert A. Ziegler*, with whom were *Leslee B. Hill* and
*Edward B. Bradley*, for the appellants (named defendant et al.).

*Glenn A. Woods*, assistant attorney general, with
whom were *Edward F. Reynolds, Jr.*, and *Gary G.
Williams*, assistant attorneys general, and, on the brief,
*Richard Blumenthal*, attorney general, for the appellee (plaintiff).

*Opinion*

PER CURIAM. After examining the record on appeal
and considering the briefs and oral arguments of the

parties, we have determined that the appeal in this case should be dismissed on the ground that certification was improvidently granted.[1]

The appeal is dismissed.

---

[1] We granted the defendants' petition for certification to appeal from the judgment of the Appellate Court; *Petronella* v. *Venture Partners, Ltd.*, 60 Conn. App. 205, 758 A.2d 869 (2000); limited to the following issue: "Were the defendants employers for purposes of General Statutes § 31-72 and thereby liable for wages due employees that were earned prior to the defendants' involvement with the employer corporation?" *Petronella* v. *Venture Partners, Ltd.*, 255 Conn. 909, 763 A.2d 1035 (2000).